_____

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
September 02, 2022
_____

MIGUEL A. LOPEZ, ESQ.                                    E-FILED:   08/31/2022
Nevada State Bar No. 11410
LAW OFFICE OF MIGUEL LOPEZ, P.C.
7620 Tiny Tortoise
Las Vegas, Nevada 89149
Telephone: (702) 987-3030
Facsimile: (702) 479-7230
mlopez@lopezbklaw.com
Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

DUKE NIUMEA TAGALOA, JR., and
TUPOU AMELIA TAGALOA

                    Debtors,

Case No. BK-S-22-12883-MKN
Chapter 13

Date of Hearing:        08/31/2022
Time of Hearing:        2:30 PM

## ORDER GRANTING MOTION FOR CONTINUATION OF AUTOMATIC STAY

The MOTION FOR CONTINUATION OF AUTOMATIC STAY having come on for

hearing on August 31, 2022, on an Order Shortening Time, and, pursuant to notice duly given,

no Opposition being filed by the Trustee or by creditors, and the Court having reviewed the

moving papers on file herein, and good cause appearing:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the MOTION FOR

CONTINUATION OF AUTOMATIC STAY is hereby granted and, pursuant to 11 U.S.C. §

362(c)(3)(B), the automatic stay provided under § 362(a) as to all creditors is hereby continued

1    as to Debtors, DUKE NIUMEA TAGALOA, JR., and TUPOU AMELIA TAGALOA, in

2    Bankruptcy Case No. 22-12883-MKN.

3        **IT IS SO ORDERED.**

4

5    Submitted by:

6    LAW OFFICE OF MIGUEL LOPEZ

7

8    _____
     MIGUEL A. LOPEZ, ESQ.

9    Nevada State Bar No. 11410

10

11

12

13

14            **ALTERNATIVE METHOD re: RULE 9021**:

15        In accordance with Local Rule 9021, counsel submitting this document certifies that the
     order accurately reflects the court's ruling and that (check one):

16

17        _____ The court has waived the requirement set forth in LR 9021(b)(1).

18        _____ No Party appeared at the hearing or filed an objection to the motion.

19        _____ I have delivered a copy of this proposed order to all counsel who appeared at the
     hearing, and any unrepresented parties who appeared at the hearing, and each has
20   approved or disapproved the order, or failed to respond, as indicated below [list each
     party and whether the party has approved, disapprove, or failed to respond to the
21   document]:

22      __X__ I certify that this is a chapter 7 or 13, that I have served a copy of this order with
     the motion pursuant to LR 9014(g), and that no party has objected to the form or content
     of the order.

23

24

25                        ###